

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Melissa Dromgoole v. The State of Texas

Appellate case number:   01-13-00931-CR

Trial court case number: 1840727

Trial court:             County Criminal Court of Law No. 1 of Harris County

      It is so ORDERED that the motion for rehearing is denied.

Judge's signature: /s/ Laura C. Higley
                     Acting for the Court

Panel consists of Justices Jennings, Higley, and Huddle.

Date:  August 20, 2015